1
2
3              UNITED STATES DISTRICT COURT
4            for the WESTERN DISTRICT of WASHINGTON
5
  WILLIAM DAVID MARTIN,              )
6                                    )
                    Plaintiff,       )
7                                    )
             vs.                     )      C05-1330 JCC
8                                    )
  JO ANNE B. BARNHART, Commissioner  )
  of Social Security,                )
9                                    )      **MINUTE ORDER**
                                     )
10                                   )
                    Defendant.
11
12  ─────────────────────────────────

13      This action has been reassigned to the Honorable John C. Coughenour, United
14  States District Judge.    All future documents filed in this case must bear the cause
15  number C05-1330 JCC and bear the Judge's name in the upper right hand corner of
16  the document.
17
18      It appearing from the files and records herein that this is an appropriate
19  proceeding to refer to a full-time United States Magistrate Judge for the purposes
20  hereinafter set forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by
21  <u>Mathews, Secretary of HEW vs Weber</u>, 432 US 261 (1976), now therefore,
22
23      Pursuant to the General Order entered by the Chief Judge on 30 April 2004, IT
24  IS ORDERED that the above entitled action is hereby referred to the Honorable James
25  P. Donohue, United States Magistrate Judge, who is directed and empowered to review
26
27
28

1  the administrative record, and to submit proposed findings and conclusions, and
2  recommended disposition. The procedure for review of those recommendations shall
3  be in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

Dated this 9th day of November, 2005

Bruce Rifkin, Clerk of Court

/S/ PETER H. VOELKER
Peter H. Voelker, Deputy Clerk