UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM DAVID MARTIN, | ) |
| Plaintiff, | ) Case No. C05-1330-JCC-JPD |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) ORDER OF DISMISSAL |
| Defendant. | ) |

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Commissioner's Motion to Dismiss (Dkt. #14) is GRANTED;

(3) Plaintiff's complaint (Dkt. #3) is DISMISSED with prejudice; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 20th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1